UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00732-FDW-DSC

| ANDRE ANTONIO DAVIS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | **ORDER** |
| LUIS VELASCO, et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff Andre Antonio Davis ("Plaintiff") filed a complaint on December 29, 2020, which he purports to bring pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). [Doc. 1]. Plaintiff named 58 Defendants, including individuals, agencies of the United States, and two hospitals. [Id.]. On January 7, 2021, the Court addressed Plaintiff's motion to proceed in forma pauperis. [Doc. 3]. Finding Plaintiff's motion incomplete, the Court ordered that Plaintiff had 14 days to either submit an Amended Application or to pay the $402.00 filing file. [Id.]. The Court further ordered that, should Plaintiff fail to either timely pay the fee or submit an Amended Application, this action would be dismissed without prejudice. [Id.]. Plaintiff has failed to comply with the Court's Order. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**. The Clerk is instructed to terminate this proceeding.

Signed: February 22, 2021

Frank D. Whitney
United States District Judge